IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 6:19-cr-60037

CHRISTOPHER FUGATE DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on July 20, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 82. In the Report and Recommendation, Judge Ford recommends denial of Christopher Fugate's § 2255 motion because Mr. Fugate waived the right to collaterally attack his conviction and sentence in his plea agreement and because Mr. Fugate's prior felony drug convictions are proper predicate controlled substance offense convictions for his sentence enhancement as a career offender pursuant to U.S.S.G. § 4B1.1. Judge Ford further recommends denial of a Certificate of Appealability.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review for clear error, the Court adopts the Report and Recommendation (ECF No. 82) *in toto*. Mr. Fugate's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 77) is hereby **DISMISSED WITH PREJUDICE**. Further, the Court **DECLINES** to issue a Certificate of Appealability.

**IT IS SO ORDERED**, this 21st day of August, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge